FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Link #86

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LANDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, a Delaware Limited Liability Company; CHAMPION DODGE, LLC, a California Limited Liability Company dba CHAMPION CHRYSLER JEEP DODGE, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-09862-PSG-GJS<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES<br><br>Honorable Judge Philip S. Gutierrez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiff MARIA LANDA ("**Plaintiff**") and Defendant FCA US LLC ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel

of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $87,500.00 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $87,500.00 to Plaintiff within 60 days of June 23, 2021 unless matters outside of the control of Defendant cause delay.

(3) Each of the undersigned represents that he or she has been duly authorized to enter into the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/24/21

JUDGE OF THE UNITED STATES DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiff,
**MARIA LANDA**